UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    Plaintiff,<br><br>    v.<br><br><br><br>Franz Moses GOURGUE,<br><br><br>    Defendant. | Magistrate Docket No. 26MJ00757<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 18 U.S.C. § 1382 – Trespass Upon Military Installation (Misdemeanor) |

The undersigned complainant being, duly sworn, states:

On or about February 11, 2026, within the Southern District of California, at Marine Corps Base Camp Pendleton, California, within the jurisdiction of this Court and the special territorial jurisdiction of the United States, defendant Franz Moses Gourgue, did go upon a military installation for a purpose prohibited by law or regulation; in violation of Title 18, United States Code, Section 1382, a misdemeanor.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Jose Tena
Camp Pendleton Police Department

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON February 12, 2026.

_____
HON. ALLISON H. GODDARD
United States Magistrate Judge

**PROBABLE CAUSE STATEMENT**

I, Lieutenant Jose E Tena, U.S. Marine Corps, Camp Pendleton Police Department, declare under penalty of perjury, the following is true and correct:

On February 11, 2026, at approximately 09:47 p.m., While conducting routine patrol, officers observed an individual later identified as Franz Moses GOURGUE walking eastbound on A Street, entering the 21 Area. Responding officers contacted GOURGUE, who stated he was enroute to a friend's barracks room to retrieve a wallet he claimed to have forgotten. Military Policeman (MP) Hernandez and MP McDaniels attempted multiple times to verify GOURGUE's base affiliation and access status; however, no record confirming his authorization to be on the installation could be located.

As officers prepared to escort GOURGUE to the stated barracks location to recover the alleged wallet, GOURGUE fled westbound across the A Street Bridge. Officers engaged in a foot pursuit. As the pursuit came to a stop, MP Hernandez, with his pistol drawn, gave commands to get on the ground. GOURGUE was not obeying commands and walked towards MP Hernandez. GOURGUE then jumped over the guard rail. MP McDanel grabbed his right arm, and MP Hernandez grabbed his left arm, but GROUGUE continued to resist, and all three individuals lost footing and rolled down a hill adjacent to the bridge. Officers attempted to gain control of GOURGUE, but he was actively resisting and not complying with commands to place his hands behind his back.  Officers regained control of the suspect and detained him without further incident.

GOURGUE was advised of his wavier of rights and made the following statements. GOURGUE was asked how he managed to enter onto base, in which he stated that he entered from the outbound lane of the main gate via the vegetation side. GOURGUE was asked what his final destination was on base, in which he stated that he was trying to make it to the Del Mar fitness center in order to take a shower. When asked why he fled from law enforcement, he stated that he did not want to suffer the consequence of his actions.

//

//

1  GOURGUE was previously an active-duty Marine stationed at Marine Corps Base Camp Pendleton. Based on a review of military databases, GOURGUE was awarded a Bad Conduct Discharge and separated from active duty on August 9, 2025.

GOURGUE is an individual known to be debarred from the installation and was last arrested for trespassing upon Marine Corps Base Camp Pendleton on December 18, 2025. On that date, GOURGUE was read and acknowledged a temporary order and notice to vacate base, which read in part: "You are hereby given notice that any reentry or attempt to reenter Marine Corps Base Camp Pendleton, California without written permission of the Commanding Officer… will constitute a violation of Title 18, United States Code, Section 1382." GOURGUE initialed and signed the order and was removed from Camp Pendleton the same day. Marine Corps Base Camp Pendleton is lawfully regulated in accordance with Department of Defense Instruction 5200.08 and Marine Corps Order 5330.14A and is within the Southern District of California.

GOURGUE was arrested and charged with a violation of Title 18, United States Code, Section 1382, Trespass upon a Military Installation. GOURGUE was subsequently booked into the San Diego Metropolitan Correctional Center.